# UNITED STATES DISTRICT COURT
for the

United States of America )
v. )
Jose Angel SEGURA-Silva ) Case No. MJ 12-1635
)
)
)

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of July 14, 2012 in the county of Doña Ana in the _____ District of New Mexico , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841 | Possession of More than Five Hundred Grams of a Mixture and Substance Containing a Detectable Amount of Methamphetamine with Intent to Distribute |

This criminal complaint is based on these facts:

See attached Statement of Facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Eric Hansen, SA
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 07-16-2012

City and state: Las Cruces, New Mexico

*Judge's signature*

Carmen E. Garza, U.S. Magistrate Judge
*Printed name and title*

## STATEMENT OF FACTS

On July 14, 2012 at approximately 7:30am Jose Angel SEGURA-Silva entered the US Border Patrol checkpoint on northbound NM 185 in Doña Ana County, New Mexico. SEGURA-Silva was the driver and sole occupant of a grey 2007 Chrysler PT Cruiser registered to SEGURA-Silva in Kansas City, KS. SEGURA-Silva was met by USBP Agent Cesar Herrera who greeted SEGURA-Silva and asked his citizenship. Agent Herrera watched SEGURA-Silva nervously search through his wallet to find a Permanent Resident card, which he slowly handed to Agent Herrera, who noted SEGURA-Silva's hand was shaking slightly.

Agent Herrera asked SEGURA-Silva where he was coming from and SEGURA-Silva stated he had been visiting his wife in Juarez, Chihuahua, Mexico. SEGURA-Silva stated he was en route to Kansas City, KS via Hatch, NM, where he was going to pick up chile for his store in Kansas City, KS. Agent Herrera, noting the nervous behavior by SEGURA-Silva and SEGURA-Silva's route on NM 185 instead of I-25 asked SEGURA-Silva for consent to conduct a canine inspection of the vehicle. SEGURA-Silva gave consent.

The subsequent inspection revealed a crystalline substance in a slurry mixture within the window washer reservoir of the vehicle. The substance was fielded tested twice and both times showed positive for the properties of methamphetamine.

The washer fluid reservoir, which was nearly full of the slurry mixture, was removed and the reservoir and its contents weighed approximately 4.4 kilograms.

AUSA Randy Castellano authorized federal prosecution of SEGURA-Silva.

U.S. Magistrate Judge
Carmen E. Garza

Special Agent